IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    21-cr-00339-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MATTHEW CLINE,

    Defendant.

---

## INDICTMENT

---

The Grand Jury charges:

### COUNTS 1 - 6
(Wire Fraud and Aiding and Abetting)

#### Background

At all times relevant to this Indictment:

1. The Western Area Power Administration ("WAPA") was a government agency within the U.S. Department of Energy ("DOE"). Among other things, WAPA was responsible for supplying and marketing electricity generated from federal dams to public entities within the United States. As part of its services, WAPA was responsible for constructing, maintaining, and operating an electrical grid which was used in the course of WAPA's transmission of hydroelectric power to its various customers.

2. WAPA operated a sizeable warehouse located in Montrose, Colorado, which warehouse stored and distributed supplies, equipment and materials (collectively referred to as

1

"supplies" or "goods") used in the maintenance, repair, and building of WAPA's electrical grid.

3. Defendant MATTHEW CLINE ("CLINE") resided and worked in the Delta, Colorado area during the course of the scheme. The Defendant owned and operated a business called "Matt's Home Source, LLC" and "WeDo, LLC".

4. "Person-1" resided and worked in Montrose, Colorado. During the course of the scheme, Person-1 was employed as a contractor for WAPA, for whom he worked as a warehouse clerk. In his position with WAPA, Person-1's general responsibilities included ordering supplies, documenting the purchase of supplies, inventorying supplies, distributing supplies to employees, and entering items (received and issued) into WAPA's electronic inventory system known as "maximo".

The Scheme

5. On or about June 10, 2014, and continuing through and including on or about November 21, 2017, in the State and District of Colorado, the defendant MATTHEW CLINE, Person-1, and other persons known to the grand jury devised and intended to devise a scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations and promises from WAPA, and aided and abetted the same.

6. As part of the scheme, Person-1 enlisted the assistance of CLINE along with other friends and family members (collectively referred to as "associates") in a fraudulent billing scheme designed to steal money from WAPA. Person-1 and CLINE's fraud scheme involved generating bogus purchase orders on behalf of WAPA for nonexistent supplies.

7. As part of the scheme, Person-1 and CLINE worked in concert to submit fraudulent invoices to WAPA which ultimately resulted in WAPA making multiple payments to CLINE for supplies which WAPA never actually ordered nor received. As part of the scheme,

Person-1 was working with other associates in a similar manner.

8. As part of the scheme, Person-1, CLINE, and other associates utilized the following companies in the fraudulent billing scheme:

| Associate | Company Name |
| --- | --- |
| CLINE | Matt's Home Source, LLC and WeDo LLC |
| BB | Bieser Co |
| CB | Branson Distributing |
| MF | MDF Supply |
| AO | Pinnacle |
| JN | The Home Store & RDC |
| JA | J&S Fabrication |

9. As part of the scheme, Person-1 provided CLINE and other associates with bogus purchase orders from WAPA. The purchase orders detailed a list of various goods which WAPA supposedly desired to purchase for the maintenance and operation of its electrical grid. The purchase orders provided by Person-1 to CLINE and other associates contained the specific name, model number, quantity, and price for a given product. In reality, WAPA did not need such goods and the purchase orders were fraudulent.

10. As part of the scheme, Person-1 worked with CLINE and other associates to bill WAPA for the supplies listed on the bogus purchase orders. On multiple occasions, CLINE and associates created fictitious "invoices" from their companies for supplies supposedly provided and shipped to WAPA. In reality, CLINE and other associates and their respective companies provided no goods to WAPA.

11. As part of the scheme, Person-1, CLINE and the other associates caused WAPA managers to review and ultimately approve payment of the bogus invoices by the government. As a result, WAPA managers authorized hundreds of payments from "government purchase cards" to

companies controlled by Person-1, CLINE and other associates.

12. As part of the scheme, Person-1 used his access to WAPA's inventory control system, "maximo", to create false entries which made it appear that WAPA had received the purchased supplies when in fact WAPA had received nothing.

13. As part of the scheme, Person-1 made an agreement with CLINE that in exchange for his participation in sham business transactions, CLINE would be allowed to keep a portion of the funds collected from WAPA. In exchange for being able to keep government funds for his own use and personal benefit, CLINE kicked-back a substantial portion of the funds he improperly received from WAPA to Person-1.

14. Over the course of the scheme, Person-1, CLINE and the associates caused WAPA to make multiple payments of funds through "government purchase cards" for fraudulent invoices resulting in losses to the government totaling $ 879,392.27 as further detailed below.

| Associate | Company Name | No. of Transactions | Total Paid by Govt. |
|---|---|---|---|
| CLINE | Matt's Home Source & WeDo LLC | 59 | $ 179,314.56 |
| BB | Bieser Co | 26 | $ 81,872.32 |
| CB | Branson Distributing | 54 | $ 165,003.69 |
| MF | MDF Supply | 63 | $ 194,210.05 |
| AO | Pinnacle | 30 | $ 87,516.01 |
| JN | The Home Store & RDC | 39 | $ 120,532.23 |
| JA | J&S Fabrication | 18 | $  50,943.41 |
| | | Total = | $ 879,392.27 |

### The Wires

15. On or about the following dates, in the State and District of Colorado, the defendant MATTHEW CLINE and Person-1, aiding and abetting each other, and for the purpose

of executing the scheme described herein, did cause, to be transmitted by means of wire communication in interstate commerce, certain writings, signs, signals, pictures, to wit: electronic funds transfers via credit card payments as further described below:

| **Count** | Date | Description of Wire Communication |
|---|---|---|
| 1 | 10-28-16 | Transfer of $3,388.00 from WAPA to Matt's Home Source, LLC |
| 2 | 11-8-16 | Transfer of $3,378.00 from WAPA to Matt's Home Source, LLC |
| 3 | 12-6-16 | Transfer of $3,365.90 from WAPA to Matt's Home Source, LLC |
| 4 | 1-11-17 | Transfer of $3,376.75 from WAPA to Matt's Home Source, LLC |
| 5 | 2-13-17 | Transfer of $3,360.00 from WAPA to WeDo, LLC |
| 6 | 4-3-17 | Transfer of $3,399.70 from WAPA to Matt's Home Source, LLC |

All in violation of Title 18, United States Code, Sections 1343 and 2.

## FORFEITURE ALLEGATION

16. The allegations contained in Count One through Six of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

17. Upon conviction of the violations alleged in Counts One through Six of this Indictment involving the commission of violations of Title 18, United States Code, Sections 1343 and 2, Defendant MATTHEW CLINE shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c) any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds the defendant obtained directly and indirectly as a result of such offense, including, but not limited to, a money judgment in the amount of proceeds obtained by the defendant.

18. If any of the property described above, as a result of any act or omission of the defendant:

    a)    cannot be located upon the exercise of due diligence;
    b)    has been transferred or sold to, or deposited with, a third party;
    c)    has been placed beyond the jurisdiction of the Court;
    d)    has been substantially diminished in value; or
    e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

          A TRUE BILL

          <u>Ink signature on file in Clerk's Office</u>
          FOREPERSON

MATTHEW T. KIRSCH
Acting United States Attorney

By: <u>s/ Tim R. Neff</u>
    TIM R. NEFF
    Assistant United States Attorney
    U.S. Attorney's Office
    1801 California Street, Suite 1600
    Denver, CO  80202
    Telephone: (303) 454-0100
    Fax:  (303) 454-0402
    E-mail:  tim.neff@usdoj.gov